1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Katalina Baumann SBN 278606
katalina.baumann@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

Attorneys for Defendant
Westlake Services, LLC
d/b/a Westlake Financial Services

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLARE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-06386-FMO (AGRx)<br><br>**DEFENDANT WESTLAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL SERVICES' ANSWER** |

Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614

Defendant Westlake Services, LLC d/b/a Westlake Financial ("Westlake"), incorrectly identified in the Complaint as doing business as "Westlake Financial Services, LLC," submits the following Answer ("Answer") to the Complaint ("Complaint") filed by Plaintiff Michael Klare ("Plaintiff").

## INTRODUCTION

1.      To the extent the allegations in Paragraph 1 are a characterization of this action, such allegations are not subject to denial or admission. To the extent the allegations are contrary to law, they are denied. To the extent any factual allegations are contained in Paragraph 1, they are denied. Westlake specifically that it committed any breach of contract, violated the Rosenthal Fair Debt Collection Practices Act, CAL. CIV. CODE §§ 1788, *et seq.* (the "Rosenthal Act"), or violated California's Unfair Competition Law, CAL. BUS. & PROF. CODE §§ 17200, *et seq.* (the "UCL").

## PARTIES

2.      Westlake is without sufficient knowledge or information to form a belief regarding the truth of the allegations regarding Plaintiff's residency. Westlake denies that Plaintiff "has a loan serviced by" Westlake but admits that it is the assignee of a Retail Installment Contract to which Plaintiff is a party.

3.      Westlake admits that it is a limited liability company with a principal office address of 4751 Wilshire Blvd., Ste. 100, Los Angeles, CA 90010. Westlake denies that it does business as "Westlake Financial Services, LLC."

4.      Westlake is without sufficient knowledge or information to form a belief regarding the truth of the allegations.

5.      Westlake is without sufficient knowledge or information to form a belief regarding the truth of the allegations.

6.      The allegations contain statements or conclusions of law, to which no response is required. To the extent the allegations are contrary to law, they are denied.

7.      The allegations do not contain allegations that are not subject to denial or admission.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

1 | **JURISDICTION AND VENUE**

2   8.      The allegations contain statements or conclusions of law, to which no

3 response is required. To the extent the allegations are contrary to law, they are denied.

4   9.      Westlake admits that it is a limited liability company with a principal

5 place of business in Los Angeles, CA. Westlake denies that it does business as

6 "Westlake Financial Services, LLC."

7   10.     The allegations contain statements or conclusions of law, to which no

8 response is required. To the extent the allegations are contrary to law, they are denied.

9 | **NATURE OF THE ACTION**

10   11.     The allegations are denied.

11   12.     The allegations are denied.

12   13.     The allegations contain statements or conclusions of law to which no

13 response is required or refer to documents that speak for themselves. To the extent

14 the allegations are contrary to law or the documents to which they refer, they are

15 denied.

16   14.     The allegations are denied.

17   15.     The allegations are denied.

18   16.     The allegations are denied.

19   17.     The allegations are denied.

20 | **APPLICABLE LAW**

21 **A.     The Rosenthal Act**

22   18.     The allegations contain statements or conclusions of law to which no

23 response is required. To the extent the allegations are contrary to law, they are denied.

24   19.     The allegations contain statements or conclusions of law to which no

25 response is required. To the extent the allegations are contrary to law, they are denied.

26   20.     The allegations contain statements or conclusions of law to which no

27 response is required. To the extent the allegations are contrary to law, they are denied.

28

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

21.     The allegations contain statements or conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

22.     The allegations contain statements or conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

23.     The allegations contain statements or conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

24.     The allegations contain statements or conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

**B.     The FDCPA**

25.     The allegations contain statements or conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

26.     The allegations contain statements or conclusions of law to which no response is required. To the extent the allegations are contrary to the la, they are denied.

27.     The allegations contain statements or conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

**C.     The California Unfair Competition Law**

28.     The allegations contain statements or conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

29.     The allegations contain statements or conclusions of law, to which no response is required. To the extent the allegations are contrary to law, they are denied.

30.     The allegations contain statements or conclusions of law, to which no response is required. To the extent the allegations are contrary to law, they are denied.

Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614

**D.    The Consumer Financial Protection Bureau**

31.     The allegations purport to summarize documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

32.     The allegations purport to summarize documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

33.     The allegations contain statements or conclusions of law to which no response is required or purport to summarize documents that speak for themselves. To the extent the allegations are contrary to law or the documents to which they refer, they are denied.

34.     The allegations purport to summarize documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

35.     The allegations contain statements or conclusions of law to which no response is required or purport to summarize documents that speak for themselves. To the extent the allegations are contrary to law or the documents to which they refer, they are denied.

<u>**FACTS COMMON TO ALL CAUSES OF ACTION**</u>

36.     Westlake denies that it "is a loan servicer." Westlake admits that it specializes in the acquisition and servicing of automotive retail installment contracts throughout the United States.

37.     The allegations are denied.

38.     The allegations contain statements or conclusions of law to which no response is required or refer to documents that speak for themselves. To the extent the allegations are contrary to law or the documents to which they refer, they are denied. Westlake further denies that its retail installment contracts are uniform among the putative class.

A.    **Named Plaintiff's Facts**

39.    Westlake is without sufficient knowledge or information to form a belief regarding the alleged purpose of Plaintiff's purchase.

40.    The allegations are denied.

41.    Westlake admits that it collected payments from Plaintiff and that, for some payments, Plaintiff was charged a processing fee by a third party. Westlake denies that it "collected" these fees.

42.    The allegations are denied.

43.    The allegations are denied.

44.    The allegations are denied.

B.    **Class Action Allegations**

45.    Westlake admits only that Plaintiff purports to bring this action as a class action. Westlake denies that it "serviced or subserviced" a loan to Plaintiff or that a class is certifiable as defined.

46.    The allegations are denied.

47.    Westlake admits that Plaintiff has excluded certain individuals out of his putative class definition. Westlake denies that a class is certifiable as defined.

48.    Westlake admits that Plaintiff proposes to serve as class representative. Westlake denies that a class is certifiable as defined or that Plaintiff is an adequate class representative of any putative class.

49.    The allegations are denied.

50.    The allegations are denied.

51.    The allegations are denied.

52.    The allegations are denied.

53.    The allegations are denied.

54.    The allegations are denied.

55.    Westlake is without sufficient knowledge or information to form a belief regarding the truth of the allegations.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

# FIRST CAUSE OF ACTION

## Breach of Contract

56.    Westlake incorporates its responses to the previous paragraphs.

57.    The allegations are denied.

58.    The allegations are denied.

59.    The allegations are denied.

60.    The allegations are denied.

# SECOND CAUSE OF ACTION

## Violation of the Rosenthal Act

61.    Westlake incorporates its responses to the previous paragraphs.

62.    The allegations are denied.

63.    The allegations are denied.

64.    The allegations contain statements or conclusions of law to which no response is required or purport to summarize documents that speak for themselves. To the extent the allegations are contrary to law or the documents to which they refer, they are denied.

65.    The allegations are denied.

66.    The allegations contain statements or conclusions of law to which no response is required or purport to summarize documents that speak for themselves. To the extent the allegations are contrary to law or the documents to which they refer, they are denied.

67.    The allegations are denied.

68.    The allegations are denied.

69.    The allegations contain statements or conclusions of law to which no response is required or refer to documents that speak for themselves. To the extent the allegations are contrary to law or the documents to which they refer, they are denied.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

70.      The allegations contain statements or conclusions of law to which no response is required or refer to documents that speak for themselves. To the extent the allegations are contrary to law or the documents to which they refer, they are denied.

71.      The allegations are denied.

72.      The allegations contain statements or conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

73.      The allegations are denied.

74.      The allegations are denied.

## THIRD CAUSE OF ACTION

### Violation of the UCL: Unlawful Prong

### On behalf of Plaintiff and the Rosenthal Subclass[1]

75.      Westlake incorporates its responses to the previous paragraphs.

76.      The allegations contain statements or conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

77.      The allegations contain statements or conclusions of law, to which no response is required. To the extent the allegations are contrary to law, they are denied.

78.      The allegations are denied.

79.      The allegations contain statements or conclusions of law, to which no response is required. To the extent the allegations are contrary to law, they are denied.

80.      The allegations contain statements or conclusions of law to which no response is required or refer to documents that speak for themselves. To the extent the allegations are contrary to law or the documents to which they refer, they are denied.

81.      The allegations are denied.

---

[1] Plaintiff does not plead any subclasses. Compl. ¶ 45.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

82.     To the extent the allegations are a characterization of the relief sought in this action, such allegations are not subject to denial or admission. To the extent a response is required, the allegations are denied.

## **AFFIRMATIVE DEFENSES**

1.     The Complaint fails to facts sufficient to state a claim upon which relief may be granted.

2.     Plaintiff and the purported Class Members' claims fail to the extent they are subject to binding arbitration.

3.     Plaintiff and the purported Class Members' claims fail to the extent that any purported damages were the result of acts or omissions of third persons over whom Westlake had neither control nor responsibility.

4.     Plaintiff and the purported Class Members' claims are barred to the extent that he failed to mitigate his alleged damages.

5.     Plaintiff and the purported Class Members' claims are barred in whole or in part by the voluntary payment doctrine.

6.     Any recovery Plaintiff or the purported Class Members receive is subject to a set-off if any damages are awarded against Westlake.

7.     Plaintiff and the purported Class Members' claim under the Rosenthal Act fails to the extent any violation was not intentional and resulted notwithstanding the maintenance of procedures reasonably adapted to avoid any such violation.

///
///
///
///
///
///

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

DEFENDANT WESTLAKE SERVICES, LLC'S ANSWER

1    WHEREFORE, Defendant Westlake respectfully requests that the Court

2  dismiss Plaintiff's claims with prejudice, enter judgment in favor of Westlake, award

3  Westlake its attorney's fees pursuant to California Civil Code section 1788.30(c),

4  and award Westlake such other and further relief as the Court may deem just and

5  appropriate.

6  Dated:        August 25, 2023                TROUTMAN PEPPER
                                                HAMILTON SANDERS LLP
7

8

9                                               By: */s/ Katalina Baumann*
                                                    Katalina Baumann
10                                                  Attorneys for Defendant
                                                    Westlake Services, LLC d/b/a
11                                                  Westlake Financial

12

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614

- 10 -
DEFENDANT WESTLAKE SERVICES, LLC'S ANSWER