Jonathan R. Marshall (*Pro Hac Vice*)
jmarshall@baileyglasser.com
Denali S. Hedrick (*Pro Hac Vice*)
dhedrick@baileyglasser.com
**BAILEY GLASSER, LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110

David D. Bibiyan (SBN 287811)
david@tomorrowlaw.com
**BIBIYAN LAW GROUP, P.C.**
1460 Westwood Boulevard, Suite 100
Los Angeles, California 90024
Telephone: (310) 438-5555
Facsimile: (310) 300-1705

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLARE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES, LLC, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:23-cv-06386-FMO-AGRx<br><br>**NOTICE OF RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Fernando M. Olguin<br><br>Date: September 18, 2025<br>Time: 10:00 a.m.<br>Courtroom: First Street Courthouse 6D |

Plaintiff Michael Klare gives notice to the Court and all counsel of record of his filing a Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion"). Pursuant to United States District Court for the Central District of California Local Civil Rule 6-1 and 7-4, Plaintiff notices this Motion for hearing on September 18, 2025, at 10:00 a.m. in the United States Courthouse, 350 West 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012.

In his Motion, plaintiff respectfully requests that this Court an order, in substantial form to the proposed order attached as Exhibit D to the Settlement Agreement, (1) preliminarily approving the proposed settlement; (2) conditionally certifying the proposed settlement class for settlement purposes; (3) appointing Bailey & Glasser, LLP, and Bibiyan Law Group, P.C., as class counsel; (4) appointing plaintiff as class representative; (5) appointing Simpluris as settlement administrator; (6) approving and ordering dissemination of the proposed class notice and forms; and (7) scheduling a final approval hearing.

Dated: August 18, 2025

/s/ Jonathan R. Marshall
Jonathan R. Marshall (*Pro Hac Vice*)
Denali S. Hedrick (*Pro Hac Vice*)
**BAILEY AND GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Tel: 304.345.6555
Fax: 304.342.1110
Email: jmarshall@baileyglasser.com
dhedrick@baileyglasser.com

David D Bibiyan (SBN 287811)
**BIBIYAN LAW GROUP**
1460 Westwood Boulevard, Suite 100
Los Angeles, California 90024
Tel: 310.438.5555
Fax: 310.300.1705
Email: david@tomorrowlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jonathan R. Marshall