UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6386 FMO (AGRx) | Date | October 2, 2025 |
|---|---|---|---|
| Title | Michael Klare v. Westlake Services, LLC | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Maria Bustillos | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff | Attorney Present for Defendant | |
| Jonathan R. Marshall | Sarah T. Reise | |

**Proceedings:**     **Motion for Preliminary Approval of Class Action Settlement [82]**

The court and counsel confer regarding the pending motion.

The Motion for Preliminary Approval of Class Action Settlement **(Dkt. 82)** is taken under submission. An order with the court's ruling will issue.

IT IS SO ORDERED.

|   |   |
|---|---|
| 00 | 04 |
| Initials of Preparer | vdr |